IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS ANSELL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
    and
SPARTAN POOLS LLC,
Real Party in Interest.

No. 81332

**FILED**

JUL 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order granting real party in interest's motion for leave to file an amended answer and third-party complaint and motion to extend discovery. Petitioner also seeks an order directing the district court to grant petitioner's countermotion for attorney fees and costs and/or sanctions.

Having considered petitioner's arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, petitioner

20-25707

has an adequate remedy in the form of an appeal from a final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____, J.          _____, J.
Hardesty                                              Stiglich

cc:  Hon. Rob Bare, District Judge
     Popova Law, PLLC
     Dobberstein Law Group
     Eighth District Court Clerk

---

[1]In light of this order, we deny petitioner's motion to stay as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A